**Motion Granted and Order filed September 26, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00691-CV
_____

### IN RE VALERO REFINING TEXAS L.P., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-36172**

## ORDER

On August 9, 2019, relator Valero Refining-Texas, Inc. filed a petition for writ of mandamus.  Valero challenges orders denying its motion for summary judgment and motion for permissive interlocutory appeal regarding whether Valero is immune from common law negligence claims pursuant to the Texas Workers' Compensation Act.  Valero asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court, Harris County, to render judgment in Valero's favor or, in the alternative, compel Judge Roth to permit an interlocutory appeal.

Valero also filed a motion to file documents under seal.  We grant the motion

as to a temporary seal. The temporary seal will become final when the parties (1) file with the Clerk of the Texas Supreme Court a verified copy of the posted notice and (2) file with the clerk of this court (a) a statement of compliance with Rule 76a(3) and (b) the signed final sealing order. The parties have 30 days from the day of this order to comply.

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.